JAMERSON C. ALLEN (SBN 132866)
REBECCA BENHURI (SBN 209443)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: allenj@jacksonlewis.com
E-mail: benhurir@jacksonlewis.com

Joseph Lynett (NY SBN 2725745)
(*Admitted Pro Hac Vice*)
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone: (914) 872-8060
Facsimile: (914) 946-1216
Joseph.Lynett@jacksonlewis.com

Attorneys for Defendant
EASTRIDGE SHOPPING CENTER L.L.C.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| CRAIG CRANDALL,<br><br>  Plaintiff,<br><br>  v.<br><br>LION FOODS LLC dba FRESCO WORLD MARKET; EASTRIDGE SHOPPING CENTER L.L.C.<br><br>  Defendants. | Case No. **5:14-cv-04448 NC**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>Complaint Filed: October 3, 2014<br>Trial Date:      None Set |

Notice is hereby given that, subject to approval by the Court, Defendant EASTRIDGE SHOPPING CENTER L.L.C. substitutes and designates MUSICK, PEELER & GARRETT LLP for JACKSON LEWIS P.C. as its sole counsel of record in the above-referenced case, effective November 4, 2014. Counsel and the interested parties hereby agree to said substitution and

\\\

\\\

---

1
NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER
Case No. 5:14-cv-04448 NC

designation as follows:

Dated: November 5, 2014                                MUSICK, PEELER & GARRETT LLP

                                                  By:  /s/
                                                       Catherine M. Lee
                                                       Incoming Attorneys for Defendant
                                                       EASTRIDGE SHOPPING CENTER
                                                       L.L.C.

Dated: November 5, 2014                                JACKSON LEWIS P.C.

                                                  By:  /s/
                                                       Rebecca Benhuri
                                                       Outgoing Attorneys for Defendant
                                                       EASTRIDGE SHOPPING CENTER
                                                       L.L.C.

THE FOLLOWING PARTY HEREBY CONSENTS TO THIS SUBSTITUTION:

Dated: November 5, 2014

                                                  By:  /s/
                                                       Lawrence N. Hill
                                                       Associate General Counsel
                                                       GENERAL GROWTH PROPERTIES,
                                                       INC. (parent company of
                                                       EASTRIDGE SHOPPING CENTER
                                                       L.L.C)
                                                       *(as authorized on November 5, 2014)*

THE SUBSTITUTION OF COUNSEL IS HEREBY APPROVED AND SO ORDERED:

Dated: November 10, 2014

                                                  By:  /s/ Beth Labson Freeman
                                                       ~~Nathanael M. Cousins~~
                                                       United States District Judge
                                                       Beth Labson Freeman

---

2
NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER
Case No. 5:14-cv-04448 NC