United States District Court<br>
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIG CRANDALL,<br>   Plaintiff,<br>  v.<br>LION FOODS LLC, et al.,<br>   Defendants. | Case No. 14-cv-04448-BLF<br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>[ECF 17] |

  The parties in the above-captioned action have informed the Court that they have reached settlement. Plaintiff has requested that he be given until February 13, 2015 to file dispositional documents. Plaintiff's request is hereby GRANTED.

  **IT IS SO ORDERED.**

Dated: January 14, 2015

_____
BETH LABSON FREEMAN
United States District Judge